United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10306-jkf
Helena Murphy                                                             Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett          Page 1 of 1          Date Rcvd: Mar 27, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db             +Helena Murphy,     114 Eric Lane,    Lansdale, PA 19446-6614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
          GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
          KMcDonald@blankrome.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM D. SCHROEDER, JR    on behalf of Debtor Helena  Murphy schroeder@jrlaw.org,
          Healey@jrlaw.org
                                                                                      TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Helena Murphy aka Helena Fajszi<br>        Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>        Movant<br>        vs. | NO. 18-10306 jkf |
| Helena Murphy aka Helena Fajszi<br>        Debtor(s) | |
| Gary F. Seitz<br>        Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Motor Credit Corporation, ~~reviewed the file herein and~~

~~after hearing, is of the opinion that said Motion should be granted~~.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant ~~to permit said creditor, its successors and/or assigns to take~~ with regard to

~~possession and sell, lease, and otherwise dispose of~~ the 2017 TOYOTA TUNDRAC4X, VIN:

5TFAY5F12HX615498 ~~in a commercially reasonable manner~~.  The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.

~~Signed this xxxxxxxx day of xxxxxxxxxxxx 2018x~~

Dated: March 27, 2018

_____

United States Bankruptcy Judge.

Jean K. FitzSimon

cc: See attached service list

Helena Murphy aka Helena Fajszi
114 Eric Lane
Lansdale, PA 19446

William D. Schroeder, Jr., Esq.
920 Lenmar Drive
Suite 102
Blue Bell, PA 19422

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street
Suite 750 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532